**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Michael KOSTER, a.k.a. Billy,
a.k.a. Skunk, Defendant–Appellant.**

No. 07–14556
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 27, 2008.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for William Michael Koster on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Koster's conviction and sentence are **AFFIRMED.**